


UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-01227 |
|---|---|---|---|
| MM STEEL, LP | | | |
| *versus* | | | |
| RELIANCE STEEL & ALUMINUM CO., ET AL. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | John W. Treece<br>Sidley Austin LLP<br>1 South Dearborn Street<br>Chicago, IL  60603<br>(312) 853-2937<br>Illinois, Bar No. 3122889<br>See Attached |
|---|---|
| Seeks to appear for this party: | Defendant SSAB Enterprises, LLC d/b/a SSAB Americas |
| Dated: *July 17. 2012* | Signed: *John W. Treece* |

| The state bar reports that the applicant's status is: *Active* | |
|---|---|
| Dated: 7/23/12 | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                              United States District Judge