IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:12-CV-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC., | § | |
| NUCOR CORP., AND SSAB ENTERPISES, | § | |
| LLC D/B/A SSAB AMERICAS | § | |
| | § | |
| Defendants. | § | Jury Trial Demanded |

**PLAINTIFF MM STEEL'S UNOPPOSED MOTION
TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT SSAB**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), MM Steel asks that the Court dismiss with prejudice MM Steel's claim under Section 1 of the Sherman Act and Section 4 of the Clayton Act against defendant SSAB Enterprises, LLC d/b/a SSAB Americas only. MM Steel only seeks dismissal of the antitrust claim against SSAB. MM Steel does not seek dismissal of any claim against any other defendant.

1

Dated: February 7, 2014

Of counsel**:**
R. Paul Yetter
(pyetter@yettercoleman.com)
State Bar No. 22154200
Bryce L. Callahan
State Bar No. 24055248
(bcallahan@yettercoleman.com)
Marc S. Tabolsky
(mtabolsky@yettercoleman.com)
State Bar No. 24037576
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas  77010
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

R. Tate Young
tyoung@tateyounglawfirm.com
State Bar No. 22207100
Federal Bar No. 4808
TATE YOUNG LAW FIRM
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: (713) 626-7112
Facsimile: (713) 626-7113

Respectfully submitted,

/s/ Mo Taherzadeh
Mo Taherzadeh
Texas Bar No. 24028022
Federal Bar No. 29596
TAHERZADEH LAW FIRM
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: (713) 360-6055
Facsimile: (713) 626-7113
mo@taherzadehlaw.com

Attorney-in-charge for
Plaintiff MM Steel, LP.

## Certificate of Service

I certify that a true and correct copy of the foregoing document was served on all counsel of record this 7th day of February, 2014, in compliance with the Federal Rules of Civil Procedure via the Court's electronic filing system.

/s/ Bryce L. Callahan
Bryce L. Callahan

## Certificate of Conference

I certify that I conferred with Steven Selsberg, counsel for defendant SSAB on February 6, 2014 and that SSAB is unopposed to the entry of the Order that accompanies this Motion.

/s/ Marc S. Tabolsky
Marc S. Tabolsky