**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MM STEEL, LP, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:12-CV-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | |
| CHAPEL STEEL CORP., AMERICAN | § | |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC., | § | |
| NUCOR CORP., AND SSAB ENTERPISES, | § | |
| LLC D/B/A SSAB AMERICAS | § | |
| | § | |
|    Defendants. | § | Jury Trial Demanded |

**JOINT MOTION OF MM STEEL, LP AND SSAB ENTERPRISES, LLC
FOR ENTRY OF AGREED ORDER OF DISMISSAL**

On February 5, 2014, counsel for defendant SSAB Enterprises, LLC d/b/a SSAB Americas informed the Court that SSAB and Plaintiff MM Steel, LP have resolved all claims between them in this case. MM Steel and SSAB now ask that the Court dismiss with prejudice MM Steel's remaining state-law claims for tortious interference with existing contracts, tortious interference with prospective contracts, and civil conspiracy against SSAB only. MM Steel does not seek dismissal of any claim against any other defendant. MM Steel seeks to dismiss claims its claims against only SSAB.

1

| | |
|---|---|
| Dated: February 7, 2014 | Respectfully submitted, |
| | |
| Of counsel: | /s/ Mo Taherzadeh |
| R. Paul Yetter | Mo Taherzadeh |
| (pyetter@yettercoleman.com) | Texas Bar No. 24028022 |
| State Bar No. 22154200 | Federal Bar No. 29596 |
| Bryce L. Callahan | TAHERZADEH LAW FIRM |
| State Bar No. 24055248 | 1001 West Loop South, Suite 700 |
| (bcallahan@yettercoleman.com) | Houston, Texas 77027 |
| Marc S. Tabolsky | Telephone: (713) 360-6055 |
| (mtabolsky@yettercoleman.com) | Facsimile: (713) 626-7113 |
| State Bar No. 24037576 | mo@taherzadehlaw.com |
| YETTER COLEMAN LLP | |
| 909 Fannin, Suite 3600 | Attorney-in-charge for |
| Houston, Texas 77010 | Plaintiff MM Steel, LP. |
| Telephone: (713) 632-8000 | |
| Facsimile: (713) 632-8002 | |

R. Tate Young
tyoung@tateyounglawfirm.com
State Bar No. 22207100
Federal Bar No. 4808
TATE YOUNG LAW FIRM
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: (713) 626-7112
Facsimile: (713) 626-7113

/s/ Steven R. Selsberg_____
Steven R. Selsberg,
Attorney-in-Charge
Texas Bar No. 18021550
Southern District Bar No. 9738
SIDLEY AUSTIN LLP
1000 Louisiana Street, Suite 6000
Houston, TX 77002
Telephone:  (713) 495-4606
Facsimile: (713) 495-7799
sselsberg@sidley.com

John W. Treece (Admitted *Pro Hac Vice*)
Illinois Bar No. 3122889
Scott D. Stein (Admitted *Pro Hac Vice*)
Illinois Bar No. 6256725
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
jtreece@sidley.com
sstein@sidley.com

*Attorneys for Defendant SSAB Enterprises,*
*LLC d/b/a SSAB Americas*

### Certificate of Service

I certify that a true and correct copy of the foregoing document was served on all counsel of record this 7th day of February, 2014, in compliance with the Federal Rules of Civil Procedure via the Court's electronic filing system.

 /s/  Bryce L. Callahan
Bryce L. Callahan