# Tabolsky, Marc

| | |
|---|---|
| **From:** | Barrow, Hunter M. [Hunter.Barrow@tklaw.com] |
| **Sent:** | Saturday, February 08, 2014 3:51 PM |
| **To:** | Tabolsky, Marc; Chris Hanslik |
| **Cc:** | Anne Rodgers (anne.rodgers@nortonrosefulbright.com); Stern, Karl S.; david.gersch@aporter.com; Katerberg, Robert J.; J Johnston (jjohnston@velaw.com); mo@taherzadehlaw.com |
| **Subject:** | RE: Jury |

To be clear and as I told you over the phone on Thursday, I am not going to produce our notes, and we strongly disagree with your allegation and position.

**Hunter M. Barrow | Thompson & Knight LLP**
Partner
Board Certified, Civil Trial Law—Texas Board of Legal Specialization
Board Certified, Civil Trial Advocate—National Board of Trial Advocacy

333 Clay St., Suite 3300, Houston, Texas 77002
713.951.5838 (direct) | 713.654.1871 (fax) | 713.703.1411 (cell) | hunter.barrow@tklaw.com
vCard | www.tklaw.com



**From:** Tabolsky, Marc [mailto:mtabolsky@yettercoleman.com]
**Sent:** Saturday, February 08, 2014 3:14 PM
**To:** Chris Hanslik
**Cc:** Anne Rodgers (anne.rodgers@nortonrosefulbright.com); Stern, Karl S.; Barrow, Hunter M.; david.gersch@aporter.com; Katerberg, Robert J.; J Johnston (jjohnston@velaw.com); mo@taherzadehlaw.com
**Subject:** RE: Jury

Chris,

We are available to confer re: hardships at 3pm tomorrow. More importantly, none of the defendants have responded to my Thursday email regarding the 90-minute presence in the venire jury room of a member of the defense team. Through this ex parte observation, and subsequent communications, the defense team has secured an unfair advantage for jury selection, which has tainted the venire and case going forward. This includes the meet-and-confer tomorrow, given that the defense team has unique information about the venire that it improperly obtained. While we will meet and confer as ordered, we nonetheless will seek from the Court all remedies necessary to undo the harm caused by defendants' unauthorized conduct.

Marc

**Marc S. Tabolsky**
Partner



Yetter Coleman LLP

909 Fannin, Suite 3600, Houston, Texas 77010
phone 713.632.8000    fax 713.632.8002
direct 713.632.8076
mtabolsky@yettercoleman.com
www.yettercoleman.com

This transmission is confidential and intended solely for the person or organization to whom it is addressed.  It may contain privileged and confidential information.  If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it.
If you have received this transmission in error, please notify the sender at the e-mail address above.

---

**From:** Chris Hanslik [mailto:chanslik@boyarmiller.com]
**Sent:** Saturday, February 08, 2014 11:46 AM
**To:** Tabolsky, Marc; mo@taherzadehlaw.com
**Cc:** Anne Rodgers (anne.rodgers@nortonrosefulbright.com); Karl Stern (kstern@velaw.com); 'Barrow, Hunter M.'; david.gersch@aporter.com; Katerberg, Robert J.; J Johnston (jjohnston@velaw.com)
**Subject:** Jury [IWOV-Interwoven.FID277464]

Marc/Mo,

When would you like to get together to discuss potential agreements regarding hardships, etc. as instructed by Judge Hoyt?

-Chris


**Chris Hanslik**
*Chairman*

**DIRECT** 832-615-4212  **CELL** 713-898-2736

v-Card  |  bio  |  map

**BoyarMiller**
4265 San Felipe, Suite 1200  Houston, TX 77027
**TEL** 713-850-7766  **FAX** 713-552-1758

www.boyarmiller.com



*Please consider the environment before choosing to print this e-mail.*

Unless otherwise expressly stated in this email, no offer is made by our clients, in any respect, by the transmittal of the draft documents accompanying this email.

CONFIDENTIALITY NOTICE

This email transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 713-850-7766 to arrange for return of the document.

Unless otherwise expressly stated in this email, no offer is made by our clients, in any respect, by the transmittal of the draft documents accompanying this email. CONFIDENTIALITY NOTICE This email transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this

information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 713-850-7766 to arrange for return of the document.