IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:12-CV-01227 |
| RELIANCE STEEL & ALUMINUM CO., CHAPEL STEEL CORP., AMERICAN ALLOY STEEL, INC., ARTHUR J. MOORE, JSW STEEL (USA) INC., NUCOR CORP., AND SSAB ENTERPISES, LLC D/B/A SSAB AMERICAS | § § § § § § § § | |
| Defendants. | § | |

## ORDER

This matter comes before the Court on the Joint Motion of MM Steel, LP and SSAB Enterprises for Entry of Agreed Order of Dismissal. Having considered the motion, the record in this case, and the applicable law, the Court is of the opinion the motion should be **GRANTED**. It is therefore **ORDERED** that MM Steel's claims for tortious interference with existing contracts, tortious interference with prospective contracts, civil conspiracy, and any other remaining claims against defendant SSAB Enterprises, LLC d/b/a SSAB Americas are dismissed with prejudice. This order does not affect any of MM Steel's claims against any other party.

SIGNED on this 11th day of February, 2014.

Kenneth M. Hoyt
United States District Judge