**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MM STEEL, LP, | § | Civil Action No. 4:12-cv-01227 |
| | § | |
| Plaintiff, | § | <u>KENNETH M. HOYT</u> |
| | § | Judge |
| v. | § | |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., | § | <u>Cynthia Horace</u>   <u>      </u> |
| CHAPEL STEEL CORP., AMERICAN | § | Case Manager      Court Reporter |
| ALLOY STEEL, INC., ARTHUR J. | § | |
| MOORE, JSW STEEL (USA) INC., NUCOR | § | <u>                       </u> |
| CORP., AND SSAB ENTERPRISES, LLC | § | Proceeding |
| D/B/A SSAB AMERICA | § | |
| | § | |
| Defendants. | § | |

---

**NOTICE OF THE DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S
<u>DEPOSITION DESIGNATIONS</u>**

---

Having received MM Steel's Witness List and Deposition Designations as part of the Joint Pre-Trial Order, the Defendants submit the following objections and counter-designations to those designations. The Defendants' objections include testimony that ought to, in fairness, be read with the Plaintiff's designations, pursuant to Fed. R. Evid. 106 and Fed. R. Civ. Pro. 32(a)(6). Should the Court overrule any Fed. R. Evid. 106 and Fed. R. Civ. Pro 32(a)(6) objection, the Defendants' add the testimony referenced in such objections to designations set forth in Part II, below.

Defendants reserve the right to call or introduce testimony from the following witnesses and any additional witnesses for the purposes of rebuttal or impeachment. In addition to the objections noted below, Defendants object to the designation of any testimony concerning an

exhibit to which Defendants have objected, including on the grounds that it is admissible against one or more Defendants but not against all Defendants.

## I.  Objections to Testimony Designated by Plaintiff

**Deposition of Stanley Altman, May 24, 2013**:

| Start | | Stop | | Objection |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 10 | 5 | 10 | 15 | |
| 15 | 12 | 16 | 2 | |
| 34 | 22 | 35 | 16 | |
| 35 | 22 | 36 | 12 | |
| 41 | 9 | 41 | 11 | |
| 41 | 21 | 41 | 21 | |
| 42 | 3 | 43 | 6 | |
| 45 | 5 | 45 | 8 | |
| 104 | 13 | 105 | 16 | |
| 106 | 5 | 106 | 7 | |
| 140 | 6 | 140 | 11 | |
| 142 | 1 | 142 | 23 | No question designated - Fed. R. Civ. Pro 32(a)(6) (Include: 141:22-25) |

**Deposition of Mike Martin, June 4, 2013**:

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 8 | 14 | 8 | 16 | |
| 9 | 4 | 9 | 6 | |
| 9 | 14 | 9 | 19 | |
| 13 | 2 | 13 | 16 | |
| 15 | 9 | 16 | 2 | |
| 32 | 5 | 32 | 6 | |
| 32 | 18 | 33 | 22 | Hearsay - FRE 802 as to  33:2-33:19 |
| 34 | 22 | 35 | 4 | Hearsay – FRE 802 |
| 35 | 7 | 35 | 9 | Hearsay – FRE 802 |
| 35 | 15 | 36 | 9 | Hearsay – FRE 802 |
| 38 | 12 | 38 | 19 | Hearsay – FRE 802 |

| 39 | 5 | 39 | 16 | Hearsay – FRE 802 |
|----|----|----|----|----|
| 39 | 23 | 40 | 5 | |
| 40 | 7 | 40 | 11 | |
| 41 | 7 | 42 | 6 | Hearsay - FRE 802 as to 41:7-19, 41:24-42:6 |
| 42 | 8 | 42 | 19 | Hearsay – FRE 802 |
| 55 | 2 | 55 | 3 | Hearsay – FRE 802; Subjection to Motion in Limine, Irrelevant - 401, 402, & 403 |
| 55 | 7 | 55 | 20 | Hearsay – FRE 802; Subjection to Motion in Limine, Irrelevant - 401, 402, & 403 |
| 55 | 22 | 55 | 23 | Hearsay – FRE 802; Subjection to Motion in Limine, Irrelevant - 401, 402, & 403 |
| 55 | 25 | 56 | 6 | Hearsay – FRE 802; Subjection to Motion in Limine, Irrelevant - 401, 402, & 403 |
| 60 | 12 | 60 | 18 | |
| 60 | 22 | 61 | 25 | |
| 75 | 10 | 75 | 11 | |
| 75 | 15 | 76 | 3 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include: 76:4-9) |
| 76 | 17 | 76 | 22 | |
| 77 | 9 | 77 | 22 | |
| 78 | 20 | 79 | 6 | |
| 79 | 11 | 79 | 11 | |
| 79 | 20 | 80 | 8 | |
| 80 | 17 | 81 | 1 | |
| 81 | 5 | 81 | 11 | |
| 81 | 13 | 81 | 17 | |
| 81 | 19 | 82 | 6 | |
| 91 | 15 | 92 | 3 | Hearsay – FRE 802 or, in the alternative, Misleading, clarification of quotation not designated – FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 92:4-15) |
| 93 | 2 | 93 | 10 | Hearsay – FRE 802 or, in the alternative, Misleading, clarification of quotation not designated – FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 93:11-20) |
| 93 | 21 | 94 | 14 | Hearsay – FRE 802 or, in the alternative, Misleading, clarification of answer not designated – FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 94:15-95:15) |
| 95 | 20 | 96 | 4 | Hearsay – FRE 802 |
| 96 | 6 | 96 | 13 | Hearsay – FRE 802 |
| 96 | 15 | 96 | 16 | Hearsay – FRE 802 |

| 98 | 19 | 99 | 2 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include: 99:3-5) |
|---|---|---|---|---|
| 99 | 12 | 99 | 16 | |
| 99 | 24 | 100 | 1 | Vague and ambiguous - FRE 401, 402, 403 |
| 100 | 3 | 100 | 6 | Vague and ambiguous - FRE 401, 402, 403 |
| 100 | 8 | 100 | 22 | Hearsay – FRE 802 as to 100:16-22 |
| 100 | 24 | 100 | 25 | Hearsay – FRE 802 |
| 101 | 2 | 101 | 6 | Hearsay – FRE 802 |
| 101 | 8 | 101 | 10 | Hearsay – FRE 802 |
| 101 | 21 | 101 | 25 | Hearsay – FRE 802 |
| 102 | 2 | 102 | 3 | Hearsay – FRE 802, or, in the alternative, Misleading, clarification of answer not designated – FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 102:14-21, 102:24-103:11) |
| 123 | 7 | 123 | 18 | |
| 123 | 19 | 123 | 23 | |
| 124 | 24 | 125 | 19 | |
| 125 | 22 | 126 | 2 | |
| 126 | 6 | 126 | 19 | |
| 128 | 6 | 130 | 6 | |
| 180 | 19 | 181 | 13 | Misleading, clarification not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 182:21-183:10) |
| 194 | 7 | 194 | 8 | |
| 194 | 12 | 194 | 22 | |
| 194 | 24 | 195 | 9 | |
| 195 | 17 | 196 | 9 | |
| 197 | 18 | 199 | 1 | |
| 200 | 17 | 200 | 21 | |
| 200 | 24 | 201 | 1 | |
| 201 | 3 | 201 | 9 | |
| 205 | 2 | 205 | 21 | |
| 264 | 15 | 264 | 25 | Hearsay – FRE 802 |
| 265 | 1 | 265 | 10 | Hearsay – FRE 802 |
| 268 | 2 | 268 | 13 | Hearsay – FRE 802, or, in the alternative, Misleading, question not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 267:20-24) |

**Deposition of Gregory M. Nolan, September 18, 2013**:

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 8 | 5 | 8 | 6 | |
| 18 | 23 | 18 | 24 | |
| 182 | 24 | 183 | 7 | |
| 20 | 9 | 20 | 14 | |
| 22 | 23 | 23 | 16 | |
| 27 | 24 | 27 | 25 | |
| 28 | 5 | 28 | 13 | |
| 28 | 19 | 28 | 21 | |
| 29 | 5 | 29 | 16 | |
| 29 | 21 | 29 | 21 | |
| 41 | 25 | 42 | 4 | Vague, ambiguous – FRE 401, 402, & 403 |
| 42 | 22 | 42 | 24 | |
| 43 | 5 | 43 | 10 | Vague, ambiguous – FRE 401, 402, & 403 |
| 43 | 16 | 44 | 6 | Vague, ambiguous – FRE 401, 402, & 403 (as to 43:16, 44:5-7) |
| 44 | 12 | 44 | 19 | Vague, ambiguous – FRE 401, 402, & 403 (as to 44:12) |
| 44 | 21 | 44 | 21 | |
| 45 | 7 | 47 | 14 | Irrelevant, prejudicial – FRE 401, 402, & 403, subject to Motion in Limine |
| 52 | 6 | 52 | 8 | |
| 53 | 7 | 53 | 9 | |
| 54 | 6 | 54 | 14 | |
| 54 | 24 | 55 | 3 | |
| 56 | 8 | 57 | 25 | |
| 60 | 25 | 61 | 1 | |
| 61 | 8 | 61 | 13 | |
| 61 | 18 | 61 | 20 | |
| 61 | 24 | 64 | 1 | |
| 64 | 21 | 64 | 22 | Asked and answered – FRE 611 |
| 64 | 25 | 65 | 4 | Asked and answered – FRE 611, or, in the alternative, Misleading, clarification not designated FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 65:5-12) |
| 65 | 13 | 65 | 22 | Irrelevant, prejudicial – FRE 401, 402, & 403, subject to Motion in Limine (as to 65:13-16), Asked and answered – FRE 611 (as to 65:20-22) |
| 66 | 2 | 66 | 13 | Asked and answered – FRE 611 (as to 62:2-3) |

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 66 | 17 | 67 | 9 | |
| 67 | 24 | 68 | 6 | |
| 68 | 13 | 69 | 1 | Asked and answered – FRE 611 (as to 68:13-17) or, in the alternative, Misleading, question not designated, FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 68:7-68:8) |
| 74 | 5 | 75 | 8 | |
| 75 | 10 | 75 | 13 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 75:14-17, 75:21-76:1) |
| 76 | 7 | 76 | 10 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 76:11-17) |
| 76 | 24 | 78 | 25 | |
| 81 | 2 | 81 | 18 | Vague, ambiguous, asked and answered - FRE 401, 402, 403, & 611 (as to 81:15-18) |
| 81 | 22 | 82 | 4 | Vague, ambiguous, argumentative, asked and answered - FRE 401, 402, 403, & 611 (as to 81:22-24) |
| 82 | 18 | 82 | 21 | |
| 82 | 23 | 82 | 24 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 82:25-83:4, 87:2-87:11) |
| 88 | 4 | 88 | 11 | |
| 88 | 14 | 88 | 21 | |
| 89 | 10 | 89 | 20 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 89:21-90:2) |
| 94 | 8 | 95 | 5 | |
| 98 | 18 | 99 | 3 | |
| 99 | 5 | 99 | 25 | |
| 103 | 4 | 103 | 8 | |
| 107 | 23 | 107 | 25 | |
| 108 | 7 | 108 | 9 | |
| 109 | 2 | 109 | 9 | |
| 110 | 4 | 110 | 13 | |
| 111 | 1 | 111 | 16 | |
| 117 | 11 | 117 | 21 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 117:22-118:14) |
| 119 | 8 | 121 | 4 | |
| 122 | 22 | 123 | 9 | Misleading, clarification to answer not designated - FRE |

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| | | | | 106, Fed. R. Civ. Pro. 32(a)(6) (Include 123:16-124:6) |
| 131 | 21 | 131 | 25 | |
| 136 | 14 | 136 | 18 | |
| 136 | 20 | 137 | 3 | |
| 137 | 23 | 138 | 4 | |
| 139 | 6 | 139 | 20 | |
| 140 | 18 | 141 | 13 | Misleading, clarification to answer and subsequent line of questioning not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 141:14-18) |
| 142 | 12 | 143 | 3 | |
| 143 | 7 | 143 | 11 | |
| 143 | 23 | 144 | 9 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 144:10-145:4) |
| 146 | 18 | 147 | 16 | |
| 147 | 24 | 148 | 15 | Asked and answered, argumentative - FRE 401, 402, 403, & 611 (as to 146:25-147:7) |
| 149 | 22 | 150 | 15 | |
| 150 | 19 | 150 | 22 | |
| 150 | 24 | 151 | 2 | |
| 151 | 4 | 151 | 4 | |
| 157 | 10 | 157 | 14 | Irrelevant, prejudicial, inflammatory - FRE 401, 402, & 403 |
| 157 | 20 | 158 | 1 | Irrelevant, prejudicial, inflammatory - FRE 401, 402, & 403 |
| 158 | 7 | 158 | 18 | Irrelevant, prejudicial, inflammatory - FRE 401, 402, & 403 |
| 159 | 14 | 159 | 16 | Irrelevant, prejudicial, inflammatory - FRE 401, 402, & 403 |
| 159 | 18 | 159 | 20 | Irrelevant, prejudicial, inflammatory - FRE 401, 402, & 403 |
| 160 | 8 | 160 | 10 | |
| 160 | 13 | 160 | 15 | |
| 161 | 1 | 161 | 20 | |
| 169 | 15 | 169 | 20 | |
| 171 | 9 | 171 | 14 | |
| 172 | 1 | 172 | 5 | |
| 174 | 1 | 174 | 9 | Argumentative, prejudicial - FRE 401, 402, & 403 |
| 174 | 13 | 174 | 13 | Argumentative, prejudicial - FRE 401, 402, & 403 |
| 174 | 17 | 174 | 18 | |
| 175 | 5 | 176 | 9 | |
| 180 | 13 | 181 | 17 | |

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 190 | 24 | 191 | 5 | |

**Deposition of Christine Osvenar, September 17, 2013:**

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | **Objections** |
| 9 | 7 | 9 | 9 | |
| 9 | 13 | 9 | 16 | |
| 17 | 24 | 18 | 4 | |
| 19 | 6 | 19 | 13 | (Include:  19:14 - 19:19) |
| 22 | 16 | 22 | 21 | Form:  Lacks foundation – FRE 401, 402, 403, & 602 calls for speculation – FRE 401, 402, 403, & 602; exceeds scope of 30(b)(6)  topics |
| 22 | 24 | 23 | 10 | Form:  Lacks foundation – FRE 401, 402, 403; & 602 calls for speculation – FRE 602; exceeds scope of 30(b)(6)  topics (Include:  23:11 – 23:25) |
| 24 | 1 | 24 | 6 | Form:  Lacks foundation – FRE 401, 402, 403; & 602 calls for speculation – FRE 602; misstates testimony – FRE 403 & 603; incomplete hypothetical; failed to include errata portion |
| 24 | 10 | 24 | 14 | Form:  Lacks foundation – FRE 401, 402, 403; & 602 calls for speculation – FRE 602; misstates testimony – FRE 403 & 603; incomplete hypothetical; failed to include errata portion (Include:  25:5 – 25:17) |
| 26 | 20 | 27 | 7 | (Include:  27:8 – 27:23) |
| 27 | 24 | 28 | 3 | Asked and answered – FRE 611 |
| 28 | 6 | 28 | 8 | Asked and answered – FRE 611; Form:  Lacks foundation – FRE 401, 402, 403, & 602; calls for speculation – FRE 602 |
| 28 | 15 | 28 | 25 | |
| 29 | 9 | 29 | 18 | Form:  Lacks foundation – FRE 401, 402, 403; & 602 calls for speculation – FRE 602 |
| 30 | 4 | 30 | 11 | |
| 40 | 15 | 40 | 24 | (Include:  40:25 – 41:13) |
| 41 | 14 | 41 | 22 | (Include:  41:23 – 42:3) |
| 42 | 22 | 43 | 4 | Failed to include errata portion |
| 44 | 25 | 45 | 10 | |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 46 | 16 | 46 | 20 | |
| 56 | 10 | 56 | 14 | |
| 61 | 18 | 61 | 24 | |
| 64 | 6 | 64 | 10 | |
| 65 | 11 | 65 | 21 | |
| 66 | 5 | 66 | 14 | (Include:  66:17 – 68:10) |
| 68 | 11 | 68 | 21 | (Include:  70:10 – 70:19; 71:5 – 71:17) |
| 76 | 17 | 77 | 5 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; calls for legal conclusion – FRE 701 |
| 78 | 11 | 78 | 21 | Form:  Lacks foundation – FRE 401, 402 & 403, and 602; calls for speculation – FRE 602 |
| 81 | 11 | 82 | 17 | (Include:  82:18 – 82:23) |
| 84 | 2 | 84 | 7 | (Include:  84:8 – 84:20) |
| 89 | 2 | 89 | 11 | |
| 89 | 23 | 90 | 6 | |
| 90 | 19 | 90 | 21 | (Include:  90:25 – 91:15) |
| 91 | 16 | 91 | 21 | |
| 92 | 11 | 93 | 18 | |
| 93 | 23 | 93 | 24 | |
| 94 | 6 | 94 | 16 | |
| 95 | 23 | 96 | 15 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603; Hearsay – FRE 802 |
| 96 | 19 | 96 | 21 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 104 | 4 | 105 | 20 | |
| 106 | 2 | 106 | 6 | |
| 106 | 20 | 107 | 1 | |
| 107 | 24 | 108 | 9 | |
| 110 | 10 | 110 | 12 | |
| 111 | 11 | 111 | 18 | |
| 112 | 18 | 113 | 24 | |
| 114 | 18 | 114 | 23 | |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 115 | 4 | 116 | 10 | |
| 117 | 15 | 118 | 14 | |
| 124 | 12 | 124 | 15 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 124 | 24 | 125 | 15 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 127 | 21 | 128 | 2 | |
| 129 | 24 | 130 | 1 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 130 | 5 | 130 | 8 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 130 | 23 | 131 | 21 | |
| 136 | 3 | 136 | 22 | |
| 137 | 11 | 139 | 20 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 140 | 22 | 141 | 2 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 141 | 6 | 141 | 24 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 (Include:  143:1 – 143:12) |
| 143 | 13 | 144 | 21 | |
| 147 | 22 | 148 | 9 | (Include:  148:10 – 148:23) |
| 154 | 12 | 154 | 16 | |
| 155 | 6 | 155 | 8 | |
| 156 | 9 | 156 | 20 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 161 | 1 | 161 | 5 | |
| 161 | 19 | 161 | 25 | |
| 165 | 22 | 166 | 4 | |
| 166 | 8 | 166 | 23 | |
| 169 | 23 | 170 | 4 | |
| 170 | 7 | 171 | 7 | |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 173 | 7 | 173 | 24 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 173 | 25 | 174 | 4 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 174 | 8 | 174 | 12 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 174 | 17 | 174 | 20 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony – FRE 403 & 603 |
| 176 | 12 | 176 | 15 | |
| 178 | 20 | 179 | 5 | |
| 180 | 10 | 180 | 21 | |
| 184 | 14 | 185 | 9 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602; misstates testimony  - FRE 403 & 603 |
| 186 | 14 | 187 | 15 | |
| 187 | 19 | 188 | 19 | |
| 188 | 23 | 188 | 23 | Form:  Misstates testimony – FRE 401, 402, and 403 |
| 189 | 22 | 189 | 25 | |

**Deposition of Charles W. Schmitt, July 17, 2013**:

| Start | | Stop | | Objections |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 8 | 4 | 8 | 8 | |
| 8 | 16 | 9 | 5 | |
| 9 | 23 | 9 | 25 | |
| 10 | 7 | 10 | 22 | |
| 11 | 20 | 12 | 1 | |
| 12 | 17 | 13 | 1 | |
| 13 | 24 | 14 | 1 | |
| 14 | 12 | 14 | 21 | |
| 16 | 7 | 16 | 12 | |
| 22 | 23 | 23 | 8 | |
| 23 | 14 | 23 | 16 | |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 33 | 22 | 34 | 11 | |
| 40 | 6 | 41 | 15 | |
| 52 | 10 | 52 | 15 | |
| 53 | 14 | 54 | 14 | Form:  Lacks foundation – FRE 401, 402, 403, and 602; calls for speculation – FRE 602 |
| 54 | 16 | 54 | 24 | Form:  Lacks foundation – FRE 401, 402, 403, & 602; calls for speculation – FRE 602 |
| 55 | 16 | 57 | 14 | Form:  Calls for speculation – FRE 602 |
| 55 | 21 | 56 | 1 | Form:  Calls for speculation – FRE 602 |
| 56 | 3 | 56 | 8 | Form:  Calls for speculation – FRE 602 |
| 56 | 11 | 56 | 21 | Form:  Calls for speculation – FRE 602 |
| 56 | 24 | 57 | 9 | Form:  Calls for speculation – FRE 602 |
| 57 | 12 | 57 | 14 | Form:  Calls for speculation – FRE 602 |
| 58 | 5 | 58 | 7 | |
| 59 | 9 | 59 | 14 | (Include:  59:15 – 59:17) |
| 81 | 9 | 82 | 1 | |
| 87 | 17 | 87 | 20 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403 |
| 87 | 24 | 88 | 16 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403 |
| 108 | 16 | 108 | 20 | |
| 119 | 7 | 119 | 16 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; misstates testimony – FRE 403 & 603 |
| 119 | 19 | 120 | 7 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence; vague – FRE 401, 402 & 402; misstates testimony – FRE 403 & 603 |
| 120 | 10 | 120 | 17 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence, vague – FRE 401, 402 & 403; misstates testimony – FRE 403 & 603 |
| 120 | 22 | 121 | 17 | Form:  Vague – FRE 401, 402 & 403; misstates testimony – FRE 403 & 603 |
| 130 | 7 | 130 | 8 | |
| 130 | 19 | 131 | 19 | Subject to Motion in Limine |
| 135 | 24 | 137 | 17 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 137 | 21 | 137 | 25 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |
| 141 | 15 | 141 | 17 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |
| 141 | 20 | 142 | 3 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |
| 142 | 6 | 142 | 13 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – 401, 402 & 403; subject to Motion in Limine |
| 144 | 3 | 144 | 15 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |
| 145 | 19 | 145 | 22 | Form:  Assumes facts not in evidence – FRE 401, 402 & 403 |
| 145 | 25 | 146 | 24 | Form:  Misstates testimony (as to 145:25-146:13) – FRE 403 & 603 |
| 146 | 7 | 146 | 10 | Form:  Misstates testimony – FRE 403 & 603 |
| 146 | 13 | 146 | 13 | Form:  Misstates testimony – FRE 403 & 603 (Include: 146:19 – 147:3; 148:15 – 148:20; 149:2 – 149:6) |
| 151 | 6 | 151 | 11 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; subject to Motion in Limine |
| 152 | 7 | 152 | 13 | Form:  Assumes facts not in evidence – FRE 401, 402 & 403 |
| 152 | 20 | 153 | 21 | |
| 170 | 25 | 171 | 1 | Form:  Vague – FRE 401, 402 & 403 |
| 171 | 4 | 171 | 8 | |
| 171 | 11 | 171 | 12 | Form:  Vague – FRE 401, 402 & 403 |
| 171 | 14 | 171 | 15 | Form:  Vague – FRE 401, 402 & 403 |
| 171 | 17 | 171 | 17 | Form:  Vague – FRE 401, 402 & 403 |
| 196 | 23 | 197 | 4 | |
| 201 | 24 | 202 | 21 | Form:  Calls for speculation – FRE 602; vague -  FRE 401, 402 & 403 |
| 202 | 24 | 203 | 10 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence, vague – FRE 401, 402 & 403; misstates testimony – FRE 403 & 603 |

| Start | | Stop | | Objections |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 203 | 13 | 204 | 5 | Form:  Vague – FRE 401, 402 & 403; misstates testimony - FRE 403 & 603 |
| 204 | 8 | 205 | 21 | Form:  Vague – FRE 401, 402 & 403; misstates testimony - FRE 403 & 603 9 (Include:  205:22 – 206:11) |
| 211 | 24 | 212 | 12 | |
| 212 | 20 | 213 | 23 | (Include:  213:24 – 214:15) |
| 216 | 21 | 218 | 6 | Form:  Calls for speculation – FRE 602; assumes facts not in evidence – FRE 401, 402 & 403; misstates testimony – FRE 403 & 603 (Include:  230:4 – 230:8) |

**Deposition of Robert J. Stratman, Jr., October 22, 2013:**

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 4 | 24 | 4 | 25 | |
| 10 | 7 | 10 | 22 | |
| 11 | 6 | 11 | 7 | |
| 12 | 8 | 12 | 19 | |
| 13 | 2 | 13 | 8 | |
| 13 | 16 | 14 | 5 | |
| 17 | 17 | 17 | 25 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 27:23-28:2) |
| 24 | 1 | 24 | 11 | |
| 24 | 16 | 24 | 19 | Misleading, clarification of the timing of the previous answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 24:20-21) |
| 24 | 22 | 25 | 9 | |
| 26 | 9 | 26 | 24 | |
| 28 | 17 | 28 | 21 | |
| 30 | 14 | 30 | 19 | Misleading, testimony clarifying the use of a legal term in question and clarifying answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 131:13-24, 132:2-19) |
| 32 | 18 | 32 | 25 | |
| 43 | 6 | 43 | 12 | Misleading, clarification of quotation from exhibit not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 43:13-44:16) |
| 49 | 5 | 49 | 6 | |

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 49 | 9 | 49 | 20 | |
| 50 | 18 | 51 | 5 | |
| 52 | 11 | 52 | 12 | |
| 52 | 17 | 52 | 24 | Form: Lacks foundation - FRE 401, 402, 403, & 602 (as to 52:23-24) |
| 53 | 2 | 53 | 3 | Form: Lacks foundation - FRE 401, 402, 403, and 602 |
| 53 | 5 | 53 | 8 | |
| 55 | 11 | 55 | 17 | Misleading, clarification to quotation from exhibit not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 55:18-20, 55:23-24, 56:5-19) |
| 58 | 25 | 59 | 9 | |
| 59 | 17 | 59 | 24 | |
| 60 | 3 | 60 | 15 | |
| 60 | 23 | 61 | 11 | Misleading, clarification to quotation from exhibit not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 61:12-15) |
| 107 | 13 | 107 | 21 | Irrelevant - FRE 401 & 402 |
| 107 | 25 | 108 | 15 | Irrelevant, misleading, prejudicial – FRE 401, 402, & 403 |
| 108 | 20 | 109 | 3 | Irrelevant, misleading, prejudicial – FRE 401, 402, & 403 |
| 109 | 10 | 110 | 2 | Irrelevant, misleading, prejudicial – FRE 401, 402, & 403 |

**Deposition of Matthew Tocci, July 12, 2013**:

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 8 | 20 | 9 | 5 | |
| 14 | 11 | 14 | 22 | |
| 18 | 4 | 18 | 10 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 18:21-19:11) |
| 20 | 19 | 21 | 3 | |
| 28 | 18 | 28 | 22 | |
| 39 | 3 | 39 | 15 | |
| 42 | 12 | 43 | 6 | |
| 43 | 11 | 43 | 24 | |
| 44 | 10 | 45 | 5 | |

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| 46 | 21 | 46 | 25 | |
| 57 | 15 | 57 | 18 | |
| 74 | 8 | 74 | 13 | |
| 84 | 1 | 84 | 7 | |
| 89 | 12 | 89 | 14 | |
| 89 | 18 | 89 | 24 | Misleading, clarification to answer and subsequent line of questioning not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 89:25-90:4) |
| 98 | 12 | 98 | 16 | |
| 99 | 11 | 100 | 6 | |
| 100 | 20 | 100 | 23 | |
| 100 | 25 | 101 | 1 | |
| 101 | 3 | 101 | 9 | |
| 101 | 12 | 101 | 14 | |
| 103 | 13 | 103 | 16 | |
| 103 | 20 | 104 | 15 | |
| 104 | 21 | 104 | 25 | Misleading, clarification to answer and subsequent line of questioning not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 105:1-106:5) |
| 133 | 8 | 133 | 11 | |
| 143 | 24 | 144 | 9 | |
| 144 | 11 | 144 | 25 | |
| 145 | 1 | 145 | 12 | |
| 145 | 17 | 145 | 23 | |
| 146 | 7 | 147 | 2 | |
| 147 | 5 | 147 | 10 | Misleading, clarification to answer and subsequent line of questioning not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 147:11-147:18) |
| 148 | 3 | 148 | 7 | |
| 148 | 23 | 150 | 7 | |
| 154 | 23 | 155 | 17 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 155:18-156:2) |
| 194 | 7 | 194 | 22 | Misleading, clarification of number provided in previous answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 194:23-195:21) |
| 214 | 13 | 215 | 1 | Irrelevant, Likely to onfuse the jury, Prejudicial – |

16

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| | | | | FRE 401, 402, &403 (as to 214:19-215:1) |
| 216 | 11 | 216 | 18 | Irrelevant, Likely to confuse the jury, Prejudicial - FRE 401, 402, &403 |
| 216 | 21 | 217 | 1 | Irrelevant, Likely to confuse the jury, Prejudicial – FRE 401, 402, &403 |
| 220 | 17 | 221 | 1 | Irrelevant, Likely to confuse the jury, Prejudicial - FRE 401 402, &403 |
| 221 | 11 | 221 | 19 | Irrelevant, Likely to confuse the jury, Prejudicial 401 402, &403 |
| 234 | 15 | 234 | 18 | Vague, Calls for speculation – FRE 401, 402, & 403 |
| 234 | 25 | 235 | 1 | Vague, Calls for speculation – FRE 401, 402, & 403 |

**Deposition of Jeffrey T. Whiteman, May 21, 2013:**

| Start | | Stop | | |
|---|---|---|---|---|
| Page | Line | Page | Line | |
| 10 | 12 | 10 | 16 | |
| 13 | 16 | 13 | 22 | |
| 22 | 9 | 22 | 13 | Misleading, clarification to answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 22:14-22:24) |
| 24 | 18 | 24 | 19 | |
| 24 | 21 | 25 | 10 | |
| 25 | 14 | 25 | 21 | |
| 26 | 12 | 26 | 20 | |
| 27 | 19 | 27 | 22 | |
| 31 | 7 | 31 | 11 | |
| 31 | 13 | 31 | 25 | |
| 33 | 4 | 33 | 19 | |
| 33 | 24 | 33 | 25 | |
| 34 | 7 | 34 | 10 | |
| 35 | 21 | 36 | 3 | |
| 37 | 14 | 37 | 15 | |
| 37 | 19 | 37 | 25 | |
| 38 | 1 | 38 | 8 | Misleading, clarification of source of quotation not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) |

| Start | | Stop | | |
|---|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** | |
| | | | | (Include 38:9-11) |
| 38 | 21 | 39 | 11 | |
| 39 | 24 | 42 | 2 | |
| 42 | 16 | 42 | 25 | |
| 43 | 6 | 43 | 7 | |
| 43 | 20 | 43 | 25 | |
| 44 | 1 | 44 | 5 | |
| 45 | 8 | 45 | 9 | |
| 45 | 13 | 46 | 20 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 46:21-22, 46:25-47:10) |
| 47 | 11 | 47 | 12 | |
| 47 | 16 | 47 | 17 | Misleading, clarification of time communication was sent - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 47:23-48:4) |
| 48 | 11 | 48 | 20 | |
| 49 | 9 | 50 | 11 | |
| 50 | 23 | 50 | 25 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 51:1-9, 51:11) |
| 52 | 15 | 52 | 20 | Foundation - FRE 401, 402, 403, 602 (as to 52:19-20) |
| 52 | 22 | 53 | 2 | Foundation - FRE 401, 402, 403, & 602 (as to 52:22-23) |
| 54 | 3 | 54 | 6 | |
| 54 | 24 | 55 | 9 | Foundation - FRE 401, 402, 403, & 602 (as to 55:8-9) |
| 55 | 13 | 55 | 15 | Foundation - FRE 401, 402, 403, & 602 |
| 55 | 20 | 55 | 22 | Foundation - FRE 401, 402, 403, & 602 (as to 55:20) |
| 56 | 1 | 56 | 12 | |
| 57 | 3 | 57 | 7 | Misleading, clarification of answer not designated FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 57:8-59:7) |
| 63 | 3 | 63 | 11 | |
| 64 | 4 | 64 | 6 | Misleading, clarification of answer not designated FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 65:17-66:1) |

| Start | | Stop | | |
|-------|------|------|------|------|
| Page | Line | Page | Line | |
| 66 | 9 | 66 | 10 | |
| 66 | 14 | 67 | 1 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 67:2-12) |
| 105 | 24 | 105 | 25 | |
| 106 | 3 | 106 | 6 | |
| 113 | 14 | 113 | 15 | |
| 113 | 19 | 114 | 7 | |
| 114 | 11 | 114 | 12 | |
| 114 | 20 | 114 | 23 | Misleading, clarification of question not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 114:24-25, 115:1) |
| 115 | 2 | 115 | 2 | |
| 128 | 24 | 128 | 25 | |
| 129 | 4 | 129 | 9 | |
| 129 | 12 | 129 | 15 | |
| 129 | 18 | 129 | 25 | |
| 130 | 3 | 130 | 5 | |
| 130 | 7 | 130 | 11 | |
| 130 | 15 | 130 | 19 | |
| 131 | 21 | 132 | 20 | Misleading, response clarified by previous answer - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 131:1-18) |
| 137 | 11 | 137 | 12 | |
| 137 | 16 | 138 | 4 | |
| 138 | 7 | 138 | 17 | |
| 140 | 11 | 141 | 5 | |
| 172 | 2 | 172 | 3 | |
| 172 | 7 | 172 | 16 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 172:17-173:3) |
| 176 | 19 | 177 | 12 | Misleading, clarification of answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 177:13, 177:15-23) |
| 214 | 23 | 214 | 24 | |
| 215 | 3 | 215 | 17 | |
| 216 | 10 | 216 | 10 | Mischaracterizes the document - FRE 401, 402, & |

| Start | | Stop | | |
|------|------|------|------|------|
| Page | Line | Page | Line | |
| | | | | 403 |
| 216 | 13 | 216 | 24 | Mischaracterizes the document - FRE 403 (as to 216:13-17) or, in the alternative, Misleading, correction of mistake in question not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 303:25-304:25) |
| 217 | 5 | 217 | 19 | |
| 217 | 21 | 217 | 21 | |
| 219 | 19 | 219 | 22 | Misleading, full answer not designated - FRE 106, Fed. R. Civ. Pro. 32(a)(6) (Include 219:23-220:7) |
| 225 | 8 | 225 | 9 | |
| 225 | 13 | 226 | 10 | |
| 226 | 13 | 226 | 15 | Hearsay – FRE 802 |
| 226 | 17 | 227 | 9 | Hearsay – FRE 802 |
| 227 | 11 | 227 | 17 | Hearsay – FRE 802 |
| 229 | 2 | 229 | 5 | |
| 229 | 9 | 230 | 2 | Hearsay – FRE 802 (as to 229:19-24), Assumes facts not in evidence, vague – FRE 401, 402, & 403 (as to 230:1-2) |
| 230 | 4 | 230 | 4 | Assumes facts not in evidence, vague – FRE 401, 402, & 403 |
| 230 | 22 | 231 | 10 | Mischaracterizes the document - FRE 403 (as to 230:22-231:1), Lack of foundation – FRE 401, 402, & 403 (as to 231:8-10) |
| 231 | 12 | 231 | 13 | Lack of foundation – FRE 401, 402, & 403 |
| 232 | 6 | 232 | 11 | |
| 292 | 9 | 292 | 11 | Vague, calls for speculation – FRE 401, 402, & 403 |
| 292 | 14 | 292 | 19 | Vague, calls for speculation – FRE 401, 402, & 403 |
| 305 | 1 | 305 | 6 | |

## II. Testimony designated by Defendants in Response to Plaintiff's Designations

**Deposition of Stanley Altman, May 24, 2013**:

| Start | | Stop | |
|------|------|------|------|
| Page | Line | Page | Line |
| 36 | 13 | 36 | 23 |

**Deposition of Mike Martin, June 4, 2013**

| Start | | Stop | |
|---|---|---|---|
| Page | Line | Page | Line |
| 203 | 17 | 204 | 1 |

**Deposition of Gregory M. Nolan, September 18, 2013:**

| Start | | Stop | |
|---|---|---|---|
| Page | Line | Page | Line |
| 32 | 10 | 32 | 11 |
| 32 | 14 | 32 | 17 |
| 39 | 18 | 40 | 8 |
| 96 | 4 | 96 | 6 |
| 100 | 9 | 100 | 13 |
| 109 | 2 | 109 | 20 |
| 111 | 17 | 112 | 11 |
| 181 | 23 | 181 | 25 |
| 189 | 16 | 189 | 22 |
| 190 | 10 | 190 | 18 |

**Deposition of Matthew Tocci, July 12, 2013:**

| Start | | Stop | |
|---|---|---|---|
| Page | Line | Page | Line |
| 22 | 16 | 23 | 10 |

Dated:  February 13, 2014.                    Respectfully submitted,

Of Counsel:                                   */s/ Karl S. Stern*

Jeffrey S. Johnson                            Karl S. Stern
State Bar No. 24002368                        Attorney-in-Charge
Federal I.D. No. 22089                        State Bar No. 19175665
Elizabeth M. Devaney                          Federal I.D. No. 4870
State Bar No. 24040100                        VINSON & ELKINS L.L.P.
Federal I.D. No. 941119                       1001 Fannin Street, Suite 2500
Olivia D. Howe                                Houston, Texas  77002-6760
State Bar No. 24075660                        Telephone:  (713) 758-3828
Federal I.D. No. 1305651                      Telecopier:  (713) 615-5603
VINSON & ELKINS L.L.P.                         kstern@velaw.com
1001 Fannin Street, Suite 2500
Houston, Texas  77002-6760
Telephone:  (713) 758-2198                    **Attorneys for Defendants Reliance Steel**
Telecopier:  (713) 615-5920                   **& Aluminum Co. and Chapel Steel**
                                              **Corp.**


Of Counsel:                                   */s/ Chris Hanslik*

Anne M. Rodgers                               Chris Hanslik
State Bar No. 17133025                        Attorney-in-Charge
Federal I.D. No. 12576                        State Bar No. 00793895
William R. Pakalka                            Federal I.D. No. 19249
State Bar No. 15420800                        BOYAR MILLER
Federal I.D. No. 1572                         4265 San Felipe, Suite 1200
Geraldine W. Young                            Houston, Texas 77027
State Bar No. 24084134                        Telephone:  (713) 850-7766
Federal I.D. No. 1725980                      Telecopier:  (713) 552-1758
FULBRIGHT & JAWORSKI LLP                      chanslik@boyarmiller.com
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151                    **Attorneys for Defendants Arthur J.**
Telecopier:  (713) 651-5246                   **Moore and American Alloy Steel, Inc.**

Gregory S.C. Huffman
State Bar No. 10191500
Federal I.D. No. 9889
gregory.huffman@tklaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 969-1700
Telecopier:  (214) 969-1751

*/s/ Hunter M. Barrow*

Hunter M. Barrow
Attorney-in-Charge
State Bar No. 24025240
Federal Bar No. 25828
hunter.barrow@tklaw.com
Wade A. Johnson
State Bar No. 24062197
Federal I.D. No. 1055556
Emily W. Miller
State Bar No. 24079527
Federal Bar No. 1366940
THOMPSON & KNIGHT LLP
wade.johnson@tklaw.com
333 Clay Street, Suite 3300
Houston, Texas  77002
Telephone:  (713) 951-5838
Telecopier:  (713) 654-1871

**Attorneys for Defendant JSW Steel (USA) Inc.**

/s/ Robert J. Katerberg

S. Albert Wang (Admitted Pro Hac Vice)
California Bar No. 250163
s.albert.wang@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, 44th Flr
Los Angeles, CA 90017
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

Walter M. Berger (Local Counsel)
Texas State Bar No. 00798063
S.D. Texas Bar No. 21834
CBerger@winston.com
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone: (713) 651-2611
Facsimile:  (713) 651-2700

Douglas R. Gunson (Admitted Pro Hac Vice)
North Carolina Bar No. 17248
Doug.Gunson@nucor.com
NUCOR CORPORATION
1915 Rexford Road
Charlotte, NC 28211
Tel.:  (704) 366-7000
Facsimile:  (704) 972-1836

Robert J. Katerberg
(Attorney-In-Charge; Admitted Pro Hac Vice)
District of Columbia Bar No. 466325
Robert.Katerberg@aporter.com
David P. Gersch (Admitted Pro Hac Vice)
District of Columbia Bar No. 367469
David.Gersch@aporter.com
Donna E. Patterson (Admitted Pro Hac Vice)
District of Columbia Bar No. 358701
Donna.Patterson@aporter.com
Jason C. Ewart (Admitted Pro Hac Vice)
District of Columbia Bar No. 484126
Jason.Ewart@aporter.com
Andrew S. Macurdy (Admitted Pro Hac Vice)
District of Columbia Bar No. 995344
Andrew.Macurdy@aporter.com
Rosemary Szanyi (Admitted Pro Hac Vice)
District of Columbia Bar No. 997859
Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC  20004
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999

**Attorneys for Defendant Nucor Corporation**

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 13, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

/s/ *Olivia D. Howe*
Olivia D. Howe