UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MM STEEL, LP, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:12-CV-1227 |
| § | |
| RELIANCE STEEL & ALUMINUM CO., § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS NUCOR, AMERICAN ALLOY STEEL, INC., AND ARTHUR J. MOORE'S CROSS-MOTION FOR DISCLOSURE OF SSAB SETTLEMENT

It is hereby ORDERED that Defendants Nucor, American Alloy Steel, Inc., and Arthur J. Moore's Cross-Motion for Disclosure of SSAB Settlement is GRANTED. Plaintiff is hereby ordered to provide the Court and Defendants with a copy of the agreement(s) for Plaintiff's pretrial settlement with SSAB, as well as any other settlements Plaintiff has entered into with any other person Plaintiff has alleged to be a co-conspirator, including but not limited to ArcelorMittal USA LLC. The disclosure may be filed under seal.

SIGNED on this 15th day of April, 2014.

_____
Kenneth M. Hoyt
United States District Judge