UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:12-CV-1227 |
| RELIANCE STEEL & ALUMINUM CO., *et al*, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On February 14, 2014, the Court called this case for trial. Plaintiff MM Steel, LP., and defendants Reliance Steel & Aluminum Co., Chapel Steel Corporation, American Alloy Steel, Inc., Arthur J. Moore, JSW Steel USA (Inc.), and Nucor Corporation appeared in person and through its attorneys announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in the case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel. At the conclusion of the evidence, the Court submitted definitions, instructions, and questions to the jury. After deliberation, the jury returned and announced its verdict in open court, which verdict was unanimous and was duly received and filed by the Court. The jury's verdict is in favor of Plaintiff MM Steel, LP. Plaintiff has requested entry of judgment. The Court has considered the motion and hereby renders judgment for MM Steel, LP and against all defendants.

It is, therefore ORDERED and ADJUDGED that MM Steel, LP shall recover from Reliance Steel & Aluminum Co., Chapel Steel Corporation, American Alloy Steel, Inc., Arthur J. Moore, JSW Steel USA (Inc.), and Nucor Corporation as follows:

(1) MM Steel shall recover from Reliance Steel & Aluminum Co., Chapel Steel Corporation, American Alloy Steel, Inc., Arthur J. Moore, JSW Steel USA (Inc.), and Nucor Corporation, the sum of $156,000,000.00, which is the trebled amount of actual damages found by the jury. Defendants Reliance Steel & Aluminum Co., Chapel Steel Corporation, American Alloy Steel, Inc., Arthur J. Moore, JSW Steel USA (Inc.), and Nucor Corporation are jointly and severally liable for the sum of $156,000,000.00.

(2) The total award of trebled actual damages shall bear interest at the rate of 0.13% interest per year, compounded annually, from the date the judgment is signed until the day the judgment is satisfied.

It is further ORDERED that all costs of court are taxed in favor of MM Steel against Reliance Steel & Aluminum Co., Chapel Steel Corporation, American Alloy Steel, Inc., Arthur J. Moore, JSW Steel USA (Inc.), and Nucor Corporation. MM Steel's attorneys' fees and recoverable, non-taxable costs and expenses will be addressed in a separate motion and order, pursuant to Federal Rule of Civil Procedure 54 and 58(c).

This is a FINAL JUDGMENT.

SIGNED on this 29th day of April, 2014.

_____
Kenneth M. Hoyt
United States District Judge