UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| RELIANCE STEEL & ALUMINUM CO., CHAPEL STEEL CORP., AMERICAN ALLOY STEEL, INC., ARTHUR J. MOORE, JSW STEEL (USA) INC., & NUCOR CORP., | § § § § § § | CASE NO. 4:12-CV-01227 |
| Defendants. | § § | |

**RELEASE OF JUDGMENT AS TO ONLY RELIANCE STEEL AND ALUMINUM CO. AND CHAPEL STEEL CORP.**

Plaintiff MM Steel, LP ("MM") files this Release of Judgment as to Defendants Reliance Steel & Aluminum Co. ("Reliance") and Chapel Steel Corp. ("Chapel").

## BACKGROUND

1. On May 27, 2014, this Court entered Final Judgment (the "Judgment") in favor of Plaintiff MM Steel, LP ("MM"). [Dkt. 632]. The Judgment was entered against—and imposed joint and several liability on—the following Defendants: Reliance, Chapel, JSW Steel (USA) Inc., Nucor Corp., Arthur J. Moore, and American Alloy Steel, Inc. *Id.*

2. On October 17, 2014, Reliance, Chapel, and MM reached a settlement resolving MM's claims against Reliance and Chapel without any admission of liability.

3. Considering this settlement, MM has agreed that it will (a) release the Judgment against Reliance and Chapel and (b) not attempt to execute on the Judgment against Reliance or Chapel.

## **RELEASE**

4. MM presently, generally, fully, completely, finally and forever, releases, acquits and discharges Reliance and Chapel from the Judgment.

5. MM covenants and agrees that it shall not seek to execute on the Judgment as to Reliance or Chapel.

6. This release and covenant is expressly limited to Reliance and Chapel. MM does not in any way release any other person or entity, including but not limited to, Nucor Corporation and JSW Steel (USA), Inc.

7. MM agrees that Reliance and/or Chapel may file this Release of Judgment in any public records that Reliance and Chapel may deem appropriate.

Dated: October 22, 2014.

Of Counsel:
R. Paul Yetter
pyetter@yettercoleman.com
State Bar No. 22154200
Marc S. Tabolsky
mtabolsky@yettercoleman.com
State Bar No. 24037576
Bryce L. Callahan
bcallahan@yettercoleman.com
State Bar No. 24055248
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

R. Tate Young
tyoung@tateyounglawfirm.com
TATE YOUNG LAW FIRM
State Bar No. 22207100
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: (713) 626-7112
Facsimile: (713) 626-7113

Respectfully submitted,

Mo Taherzadeh
TAHERZADEH LAW FIRM
State Bar No. 24028022
1001 West Loop South, Suite 700
Houston, Texas 77027
Telephone: (713) 360-6055
Facsimile: (713) 626-7113
mo@taherzadehlaw.com

**Attorneys for Plaintiff MM Steel, LP.**

**CERTIFICATE OF FILING AND SERVICE**

I certify that on October 22, 2014, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

_____
Mo Taherzadeh