UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MM STEEL, LP, *et al.*, | § § § | |
| Plaintiffs, | § | |
| vs. | § | CIVIL ACTION NO. 4:12-cv-01227 |
| | § | |
| RELIANCE STEEL & ALUMINUM CO., *et al.*, | § § § § | |
| Defendants. | § | |

## RELEASE OF JUDGMENT AS TO ONLY
## AMERICAN ALLOY STEEL AND ARTHUR J. MOORE

Plaintiff MM Steel, LP ("MM") files this Release of Judgment as to Defendants American Alloy Steel (AAS) and Arthur J. Moore.

### BACKGROUND

1. On May 27, 2014, this Court entered Final Judgment (the "Judgment") in favor of Plaintiff MM Steel, LP ("MM"). [Dkt. 632]. The Judgment was entered against – and imposed joint and several liability on – the following Defendants: Reliance, Chapel, JSW Steel (USA) Inc., Nucor Corp., Arthur J. Moore, and American Alloy Steel, Inc. *Id.*

2. On October 15, 2014, AAS, Arthur J. Moore, and MM reached a settlement resolving MM's claims against AAS and Arthur J. Moore without any admission of liability.

3. Considering this settlement, MM has agreed that it will (a) release the Judgment against AAS and Arthur J. Moore and (b) not attempt to execute on the Judgment against AAS or Arthur J. Moore.

## RELEASE

4. MM presently, generally, fully, completely, finally and forever, releases, acquits and discharges AAS and Arthur J. Moore from the Judgment.

5. MM covenants and agrees that it shall not seek to execute on the Judgment as to AAS and Arthur J. Moore.

6. This release and covenant is expressly limited to AAS and Arthur J. Moore. MM does not in any way release any other person or entity, including, but not limited to, Nucor Corporation and JSW Steel (USA), Inc.

7. MM agrees that AAS and Arthur J. Moore may file this Release of Judgment in any public records that AAS and Arthur J. Moore may deem appropriate.

- 3 -

Dated:  October 27, 2014            Respectfully submitted,

           */s/ Mo Taherzadeh*
           Mo Taherzadeh
Of Counsel:            TAHERZADEH LAW FIRM
R. Paul Yetter            State Bar No. 24028022
pyetter@yettercoleman.com            1001 West Loop South, Suite 700
State Bar No. 22154200            Houston, Texas  77027
Marc S. Tabolsky            Telephone:  (713) 360-6055
Mtabolsky@yetter coleman.com            Facsimile:  (713) 626-7113
State Bar No. 24037376            mo@taherzadehlaw.com
Byrce L. Callahan
bcallahan@yettercoleman.com            **Attorneys for Plaintiff MM Steel, L.P.**
State Bar No. 24055248
YETTER COLEMAN L.L.P
909 Fannin, Suite 3600
Houston, Texas 77010
Telephone: (713) 632-8000
Facsimile:  (713) 632-8002

R. Tate Young
tyoung@tateyounglawfirm.comWe
TATE YOUNG LAW FIRM
State Bar No. 22207100
1001 West Loop South, Suite 700
Houston, Texas  77027
Telephone:  (713) 626-7112
Facsimile:  (713) 626-7113

## CERTIFICATE OF FILING AND SERVICE

     I certify that on October 27, 2014, the foregoing Release of Judgment As To Only American Alloy Steel And Arthur J. Moore was electronically transmitted to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

           */s/ Mo Taherzadeh*
           Mo Taherzadeh