IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-20267

D.C. Docket No. 4:12-CV-1227

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2015
Lyle W. Cayce
Clerk

MM STEEL, L.P.,

      Plaintiff - Appellee

v.

JSW STEEL (USA) INCORPORATED; NUCOR CORPORATION,

      Defendants - Appellants

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before BENAVIDES, CLEMENT, and HIGGINSON, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part.

IT IS FURTHER ORDERED that plaintiff-appellee MM Steel, L.P. pay only to defendant-appellant Nucor Corporation the costs on appeal to be taxed by the Clerk of this Court.

United States District Court
Southern District of Texas
**FILED**
MAR 21 2016
David J. Bradley, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 21, 2016

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

     No. 14-20267    MM Steel, L.P. v. Reliance Steel & Aluminum Co., et al  
                           USDC No. 4:12-CV-1227

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

~~Original exhibits are being returned: 1 envelope~~

Enclosed for the district court and counsel is the approved bill of costs.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____  
                               James deMontluzin, Deputy Clerk  
                               504-310-7679

cc:  Mr. Hunter Mac Barrow  
     Ms. Lisa Schiavo Blatt  
     Mr. Richard Bernard Farrer  
     Ms. Marcy Hogan Greer  
     Mr. Gregory S. C. Huffman  
     Mr. Robert J. Katerberg  
     Mr. Neal Katyal  
     Mr. Frederick Liu  
     Ms. Dana Livingston

Mr. C. Paul Rogers III
Mr. Reagan William Simpson
Mr. Marc S. Tabolsky
Mr. Mo Taherzadeh
Ms. Elisabeth S. Theodore
Mr. Roger Dale Townsend
Ms. Susan Schlesinger Vance
Ms. Nicole Williams
Mr. Richard Paul Yetter